## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MICHELLE DIAS, as Personal Representative of DAVID HALL'S ESTATE )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ALABAMA POWER COMPANY )<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION NO.**<br>**2:20-CV-00924-JTA** |

### MOTION TO DISMISS

Defendant Alabama Power Company, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss Plaintiff's Complaint with prejudice for failure to state a claim upon which relief can be granted.

Specifically, state regulation of airspace management is federally preempted under implied preemption and conflict preemption doctrines. Plaintiffs must allege a violation of the Federal Aviation Act or its regulations to state a claim against Alabama Power for allegedly failing to mark its power lines. Plaintiffs have not done so; therefore, the Complaint should be dismissed for failure to state a claim upon which relief can be granted.

To support this motion, Defendant submits the brief filed simultaneously herewith.

                                              Respectfully submitted by,

                                              s/ Bryan A. Coleman
                                              John A. Earnhardt (3724A49)
                                              Bryan A. Coleman (9940R52C)
                                              Carmen Chambers (9445N13U)
                                              Attorneys for Defendant Alabama Power Company

- 2 -

OF COUNSEL:

MAYNARD COOPER & GALE
1901 6th Ave. North
Birmingham, AL 35203
Telephone: 205.254.1000
Fax: 205.254.1999
jearnhardt@maynardcooper.com
bcoleman@maynardcooper.com
cchambers@maynardcooper.com

## CERTIFICATE OF SERVICE

    I certify that on December 7, 2020 I electronically filed and served the foregoing via the Court's CM/ECF system which will send electronic notice to all counsel of record.

                                              s/ Bryan A. Coleman
                                              OF COUNSEL