AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF GEORGIA**

**CERTIFICATE OF GOOD STANDING**

I, David W. Bunt, Clerk of this Court,

certify that Charles Austin Gower, Bar No. 303500

was duly admitted to practice in this Court on

August 30, 1968, and is in good standing

as a member of the Bar of this Court.

Dated at Macon, Georgia on December 8, 2020.



David W. Bunt  
CLERK

s/ Tydra Miller  
DEPUTY CLERK