# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

**CERTIFICATE OF GOOD STANDING**

I, David W. Bunt, Clerk of this Court,

certify that Austin Gower, Bar No. 303528

was duly admitted to practice in this Court on

September 9, 2004, and is in good standing

as a member of the Bar of this Court.

Dated at Macon, Georgia on December 3, 2020.



David W. Bunts/ Tydra Miller
CLERKDEPUTY CLERK