IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHELLE DIAS, as personal representative of David Hall's estate, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-cv-924-JTA ) |
| ALABAMA POWER COMPANY, | ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the defendant's Motion to Dismiss (Doc. No. 10) filed on December 7, 2020. Therefore, it is

ORDERED that on or before December 28, 2020, the plaintiff shall show cause why the motion should not be granted. The defendant shall file a reply on or before January 7, 2021.

DONE this 8th day of December, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE